UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable William B. Shubb
Senior United States District Judge
Sacramento, California

                        RE:    Raymell Lamar EASON
                                Docket Number: 2:02CR00449-01
                                Original Sentence Date: 04/02/2003
                                <u>**NOTIFICATION OF ARREST**</u>

Your Honor:

The purpose of this memorandum is to notify the Court of a recent arrest for a county probation violation. On November 17, 2010, Eason was arrested by the Sacramento County Sheriff's Office for an Alameda County probation violation. Eason was transferred into the custody of the Alameda County Sheriff's Office on November 19, 2010, and held until his court appearance on December 3, 2010. On that date, Eason appeared before the Court on a probation violation from a 1989 arrest in Oakland, California. According to the Alameda County Probation Department, Eason was found guilty of the violation and was sentenced to time served with probation to follow. However, the Court terminated Eason's term of probation on the same date. Due to the violation conduct taking place approximately 20 years ago, the Alameda County Probation Department was unable to provide the nature or details of the violation conduct. This arrest does not reflect poorly on Eason's current term of supervised release, as it took place prior to the instant offense. Therefore, no action is recommended.

                                  Respectfully submitted,

                                    /s/ Miranda L. Hoyer

                                **MIRANDA L. HOYER**
                             **United States Probation Officer**
                               Telephone: (916) 786-0136

**RE:   Raymell Lamar EASON**
      **Docket Number:  2:02CR00449-01**
      **NOTIFICATION OF ARREST**


Dated:      January 12, 2010
           Roseville, California
           MLH:cd


**REVIEWED BY:**      /s/ Kyriacos M. Simonidis
                    **KYRIACOS M. SIMONIDIS**
                    **Supervising United States Probation Officer**

---

**COURT ACTION:**

( x )   Court concurs with Memorandum

Date:  January 18, 2011

                    WILLIAM B. SHUBB
                    UNITED STATES DISTRICT JUDGE



cc:    United States Probation
       Anne Pings, Assistant United States Attorney
       J. Toney, Defense Counsel